United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BRAYAN SILVA ESCALANTE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-00182** |
| | § | |
| **GRANT DICKEY, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Petitioner Brayan Silva Escalante, through counsel, has filed a Motion for Leave to File an Amended and Supplemental Petition, to Modify the Court's January 16, 2026, Order, and for Release. ECF No. 15. The Court requires expedited briefing on this matter. It is hereby **ORDERED** that Respondents shall file their response, including a response to Petitioner's Amended and Supplemental Petition, no later than October 15, 2026. Petitioner may file a reply by October 19, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas on October 9, 2026.

______________________________
Keith P. Ellison
United States District Judge